## 16070

H. C. RINGSTAFF v. W. B. EVANS, SHERIFF

(47 S. E. (2d) 838)

*Edward M. Parler,* of Lancaster, for appellant.

*Gregory & Gregory,* of Lancaster, for respondent.

April 26, 1948.

FISHBURNE, J.: It was stipulated by counsel in this case that it should be determined by the result of the appeal in *Ingram v. Bearden,* S. C., 47 S. E. (2d) 833. Accordingly the judgment of the Circuit Court is affirmed.

BAKER, C.J., and STUKES, TAYLOR and OXNER, JJ., concur.

BAKER, C.J. (special concurring) : The law governing this case is controlled by the decision in the case of *Ingram v. Bearden,* S. C., 47 S. E. (2d) 833, and by the stipulation of counsel in the present case. Therefore, although we hold the views expressed in our dissenting opinion in the *Ingram case,* we concur in the affirmance in the present case.

TAYLOR, J., concurs.